UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-23457-UU

VICTOR ARIZA,

    Plaintiff,

v.

ALDO U.S. INC.,
d/b/a CALL IT SPRING,
a foreign for-profit corporation

    Defendant.
_____/

## DEFENDANT, ALDO U.S. INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF, VICTOR ARIZA'S COMPLAINT

    COMES NOW, Defendant, ALDO U.S. INC. (hereinafter referred to as "Aldo" or "Defendant"), hereby files its Answer and Affirmative Defenses to Plaintiff, VICTOR ARIZA's (hereinafter referred to as "Ariza" or "Plaintiff") Complaint and states as follows:

1. Defendant admits that this is a cause of action seeking declaratory judgment and injunctive relief, but denies that Plaintiff is entitled to such recovery.

2. Defendant admits paragraph 2 for jurisdictional purposes only.  However, to the extent that said paragraph asserts any facts or conclusions of law, the same are denied and Defendant demands strict proof of all factual allegations in paragraph 2.

3. Defendant admits paragraph 3 for jurisdictional purposes only.  However, to the extent that said paragraph asserts any facts or conclusions of law, the same are denied and Defendant demands strict proof of all factual allegations in paragraph 3.

4. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 4.

5. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 5.

6. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 6.

7. Admitted.

8. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 8.

9. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 9.

10. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 10.

11. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 11.

12. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 12.

13. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 13.

14. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 14.

15. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 15.

16. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 16.

17. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 17.

18. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 18.

19. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 19.

20. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 20.

21. Denied.  Defendant demands strict proof of all factual allegations in paragraph 21.

22. Denied.  Defendant demands strict proof of all factual allegations in paragraph 22.

23. Denied.  Defendant demands strict proof of all factual allegations in paragraph 23.

24. Denied.  Defendant demands strict proof of all factual allegations in paragraph 24.

25. Denied.  Defendant demands strict proof of all factual allegations in paragraph 25.

26. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 26.

27. Denied.  Defendant demands strict proof of all factual allegations in paragraph 27.

28. Denied.  Defendant demands strict proof of all factual allegations in paragraph 28.

29. Denied.  Defendant demands strict proof of all factual allegations in paragraph 29.

30. Denied.  Defendant demands strict proof of all factual allegations in paragraph 30.

31. Denied.  Defendant demands strict proof of all factual allegations in paragraph 31.

32. Denied.  Defendant demands strict proof of all factual allegations in paragraph 32.

33. Denied.  Defendant demands strict proof of all factual allegations in paragraph 33.

34. Denied.  Defendant demands strict proof of all factual allegations in paragraph 34.

35. Denied.  Defendant demands strict proof of all factual allegations in paragraph 35.

36. Denied.  Defendant demands strict proof of all factual allegations in paragraph 36.

37. Denied.  Defendant demands strict proof of all factual allegations in paragraph 37.

38. Denied.  Defendant demands strict proof of all factual allegations in paragraph 38.

39. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 39.

40. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 40.

41. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 41.

42. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 42.

43. Denied.  Defendant demands strict proof of all factual allegations in paragraph 43.

44. Denied.  Defendant demands strict proof of all factual allegations in paragraph 44.

45. Denied.  Defendant demands strict proof of all factual allegations in paragraph 45.

46. Denied.  Defendant demands strict proof of all factual allegations in paragraph 46.

47. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 47.

## Trespass Violations

48. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 48.

49. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 49.

50. Denied.  Defendant demands strict proof of all factual allegations in paragraph 50.

51. Denied.  Defendant demands strict proof of all factual allegations in paragraph 51.

52. Denied.  Defendant demands strict proof of all factual allegations in paragraph 52.

53. Denied.  Defendant demands strict proof of all factual allegations in paragraph 53.

54. Denied.  Defendant demands strict proof of all factual allegations in paragraph 54.

## COUNT I – VIOLATION OF THE ADA

55. Defendant re-adopts and re-alleges paragraphs 1 through 47 as if fully set forth herein.

56. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 56.

57. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 57.

58. Plaintiff does not state any specific facts which require a response.  Instead, Plaintiff makes a statement amounting to a legal conclusion.  As such, no response is required by Defendant.  That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

59. Plaintiff does not state any specific facts which require a response.  Instead, Plaintiff makes a statement amounting to a legal conclusion.  As such, no response is required by Defendant.  That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

60. Plaintiff does not state any specific facts which require a response. Instead, Plaintiff makes a statement amounting to a legal conclusion. As such, no response is required by Defendant. That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

61. Denied. Defendant demands strict proof of all factual allegations in paragraph 61.

62. Denied. Defendant demands strict proof of all factual allegations in paragraph 62.

63. Denied. Defendant demands strict proof of all factual allegations in paragraph 63.

64. Denied. Defendant demands strict proof of all factual allegations in paragraph 64.

65. Denied. Defendant demands strict proof of all factual allegations in paragraph 65.

66. Denied. Defendant demands strict proof of all factual allegations in paragraph 66.

67. Denied. Defendant demands strict proof of all factual allegations in paragraph 65.

68. Plaintiff does not state any specific facts which require a response. Instead, Plaintiff makes a statement amounting to a legal conclusion. As such, no response is required by Defendant. That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

69. Plaintiff does not state any specific facts which require a response. Instead, Plaintiff makes a statement amounting to a legal conclusion. As such, no response is required by Defendant. That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

70. Plaintiff does not state any specific facts which require a response. Instead, Plaintiff makes a statement amounting to a legal conclusion. As such, no response is required by Defendant. That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

71. Plaintiff does not state any specific facts which require a response. Instead, Plaintiff makes a statement amounting to a legal conclusion. As such, no response is required by Defendant. That said, to the extent Plaintiff makes any factual assertions, such assertions are hereby denied and strict proof of the same is demanded.

72. Denied. Defendant demands strict proof of all factual allegations in paragraph 72.

73. Denied. Defendant demands strict proof of all factual allegations in paragraph 73.

74. Denied. Defendant demands strict proof of all factual allegations in paragraph 74.

75. Denied. Defendant demands strict proof of all factual allegations in paragraph 75.

76. Denied. Defendant demands strict proof of all factual allegations in paragraph 76.

## COUNT II – TRESPASS

77. Defendant re-adopts and re-alleges paragraphs 1 through 54 as if fully set forth herein.

78. Denied. Defendant demands strict proof of all factual allegations in paragraph 78.

79. Denied. Defendant demands strict proof of all factual allegations in paragraph 79.

80. Denied. Defendant demands strict proof of all factual allegations in paragraph 80.

81. Denied. Defendant demands strict proof of all factual allegations in paragraph 81.

82. Denied. Defendant demands strict proof of all factual allegations in paragraph 82.

83. Denied. Defendant demands strict proof of all factual allegations in paragraph 83.

84. Denied. Defendant demands strict proof of all factual allegations in paragraph 84.

85. Denied. Defendant demands strict proof of all factual allegations in paragraph 85.

## AFFIRMATIVE DEFENSES

1. As and for its *First Affirmative Defense*, Defendant asserts that the Complaint **fails to state a cause, or causes, of action** upon which relief can be granted against Defendant.

2. As and for its *Second Affirmative Defense*, Defendant asserts that the Complaint is **barred due to the absence of any legitimate controversy** against Defendant.

3. As and for its *Third Affirmative Defense*, Defendant asserts that Complaint fails because Plaintiff **lacks standing to bring forth a claim** against Defendant.

4. As and for its *Fourth Affirmative Defense*, Defendant asserts that Plaintiff's claim is **barred because the claimed violations are "de minimis" and non-actionable because they do not materially impair Plaintiff's use of Defendant's services for their intended purposes**.

5. As and for its *Fifth Affirmative Defense*, Defendant asserts that it **provided adequate access to its business to persons with disabilities**.

6. As and for its *Sixth Affirmative Defense*, Defendant asserts that **an accommodation is not necessary and could not be made as a result of undue hardship**.

7. As and for its *Seventh Affirmative Defense*, Defendant asserts that **Plaintiff is not a qualified individual with a disability as defined by federal law**.

8. As and for its *Eighth Affirmative Defense*, Defendant asserts that Plaintiff's claim is barred by the applicable **statute of limitations**.

9. As and for its *Ninth Affirmative Defense*, Defendant asserts that the Complaint fails due to Defendant's **consent**.

10. As and for its *Tenth Affirmative Defense*, Defendant asserts that Defendant's website **is not subject to the ADA as a service of a public accommodation**.

11. As and for its *Eleventh Affirmative Defense*, Defendant asserts that **Plaintiff has not suffered an injury in fact**.

12. As and for its *Twelfth Affirmative Defense*, Defendant asserts that there is **no causal connection between the injury and the conduct complained of**.

13. As and for its *Thirteenth Affirmative Defense*, Defendant asserts that **Plaintiff was not denied full and equal access/enjoyment of Defendant's goods, services, facilities, privileges, advantages, or accommodations because of his disability**.

14. As and for its *Fourteenth Affirmative Defense*, Defendant asserts that **the requested modifications are unreasonable or not readily achievable**.

15. Defendant reserves the right to amend his affirmative defenses at any time based on the discovery of additional facts or information.

Dated 11th day of **September, 2019**

        Respectfully Submitted:
        **BROWN SIMS**
        *Attorneys for Defendant*
        4000 Ponce de Leon Blvd.
        Suite 630
        Coral Gables, FL 33146
        (305) 274-5507 – Office
        (305) 274-5517 – Fax
        mgreen@brownsims.com
        mferman@brownsims.com

By: */s/ Marlin K. Green*
    **MARLIN K. GREEN, ESQ.**
    Florida Bar No. 419532
    **MATTHEW FERMAN, ESQ.**
    Florida Bar No. 1010456

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF to Counsel listed below on this, the 11th day of **September, 2019.**

                                           By: */s/ Marlin K. Green*
                                                 **MARLIN K. GREEN, ESQ.**
                                                 **MATTHEW FERMAN, ESQ.**

## SERVICE LIST

Roderick V. Hannah, Esq.
Roderick V. Hannah, Esq., P.A.
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
Tel:    (954)-362-3800
Fax:   (954)-362-3779
rhannah@rhannahlaw.com

Pelayo M. Duran, Esq.
Law Office of Pelayo Duran, P.A.
Co-Counsel for Plaintiff
4640 N.W. 7th St.
Miami, FL 33126
Tel:    (305)-266-9780
Fax:   (305-269-8311
pduran@pelayoduran.com